In the Matter of EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v NEW YORK STATE TEACHERS' RETIREMENT SYS-TEM, Respondent.

Submitted April 8, 2013; decided June 26, 2013

Motion by the Albany Times Union et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge ABDUS-SALAAM taking no part.

In the Matter of EMPIRE CENTER FOR NEW YORK STATE POLICY, Appellant, v TEACHERS' RETIREMENT SYSTEM OF THE CITY OF NEW YORK, Respondent.

Submitted April 8, 2013; decided June 26, 2013

Motion by the Albany Times Union et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge ABDUS-SALAAM taking no part.

In the Matter of A. DENNIS GARDNER, Respondent, v COXSACKIE-ATHENS CENTRAL SCHOOL DISTRICT BOARD OF EDUCATION, Appellant.

Submitted May 20, 2013; decided June 26, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.